**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central District of California
_____
(State)

Case number (*If known*): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Treetop Development, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)

   47-1843976

4. **Debtor's address**

   **Principal place of business**

   11301 W. Olympic Blvd # 537
   Number    Street

   Los Angeles    CA    90064
   City    State    ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   _____
   Number    Street

   _____
   P.O. Box

   Los Angeles    CA
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   9650 Cedarbrook Drive
   Number    Street

   Beverly Hills    CA    90210
   City    State    ZIP Code

5. **Debtor's website** (URL) _____

Debtor  __Treetop Development, LLC_____    Case number (*if known*)_____
        <sub>Name</sub>

| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

7. **Describe debtor's business**

    A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ☑ None of the above

    B. *Check all that apply:*

    ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

    _2_  _3_  _6_  _1_

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

    A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

    *Check one:*

    ☐ Chapter 7
    ☐ Chapter 9
    ☑ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

Debtor __Treetop Development, LLC__                                  Case number *(if known)*_____
            Name

9.  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    ☑ No
    ☐ Yes.  District _____  When _____  Case number _____
                                       MM / DD / YYYY
            District _____  When _____  Case number _____
                                       MM / DD / YYYY

    If more than 2 cases, attach a separate list.

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☐ No
    ☑ Yes.  Debtor __Coldwater Development, LLC__   Relationship __Affiliate__
            District __Central District of California__   When __1/15/21__
                                                                MM / DD / YYYY
            Case number, if known __2:21-bk-10335-BB__

    List all cases. If more than 1, attach a separate list.

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                                  Number    Street
                              _____
                              _____  _____  _____
                              City                          State  ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

---

| **Statistical and administrative information** |

Official Form 201              Voluntary Petition for Non-Individuals Filing for Bankruptcy              page 3

Debtor  Treetop Development, LLC
        Name

Case number (if known) _____

---

**13. Debtor's estimation of available funds**

Check one:
- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated assets**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☑ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   8/1/22
              MM / DD / YYYY

X _____          Mohamed A. Hadid
Signature of authorized representative of debtor   Printed name

Title  Manager of Manager

---

Debtor  Treetop Development, LLC
Name

Case number *(if known)*_____

**18. Signature of attorney**

✗ /s/ Lewis R. Landau    Date  8/1/22
Signature of attorney for debtor              MM  / DD  / YYYY

Lewis R. Landau
Printed name

Lewis R. Landau Attorney at law
Firm name

22287 Mulholland Hwy., # 318
Number    Street

Calabasas                        CA    91302
City                          State   ZIP Code

(888)822-4340              Lew@Landaunet.com
Contact phone              Email address

143391                      CA
Bar number                  State

# RESOLUTION AND CONSENT CERTIFICATE
## AUTHORIZING CHAPTER 11 FILING

The undersigned, being the sole member and manager of Treetop Development, LLC ("Treetop") and Casablanca Grand, LLC ("Casablanca" and with Treetop, "LLCs"), California limited liability companies, consent to and adopts the following **RESOLUTIONS** as the actions of the LLCs effective as of August 1, 2022:

WHEREAS, the LLCs have been notified that a purportedly secured creditor shall attempt to foreclose on all the assets of Treetop on August 2, 2022;

WHEREAS, the LLCs must act to preserve and maintain the value of their assets;

It is hereby resolved as follows:

1. Treetop shall file a chapter 11 bankruptcy case;
2. Mohamed A. Hadid is authorized, as managing member of the LLCs, to appear for the LLCs, execute all necessary and appropriate documents and take all such actions as necessary to perfect such chapter 11 filing, employ professionals and take such other actions as necessary to maintain such chapter 11 case in good standing;
3. The LLCs shall take such actions as necessary to maximize the value of their assets and continue in existence during the pendency of such chapter 11 bankruptcy case.

By: Casablanca Grand, LLC,
A California limited liability company

By: _____
Mohamed A. Hadid
Sole Member and Manager

By: Treetop Development, LLC
A California limited liability company

By: _____
Mohamed A. Hadid
Manager of Casablanca Grand, LLC
Sole Member and Manager

**Fill in this information to identify the case:**

Debtor name: Treetop Development, LLC

United States Bankruptcy Court for the: Central District of CA (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Cruz Concrete<br>33323 Agua Dulce Cyn Rd #77<br>Agua Dulce, CA  91390 | | | c | | | 2849660 |
| 2 | Bellis Steel Inc<br>10049 Canoga Avenue<br>Chatsworth, CA  91311 | | | u | | | 700000 est |
| 3 | HD Supply Construction White Cap LP<br>PO Box 4944<br>Orlando, FL  32802 | | | u | | | 600000 est |
| 4 | MAS Concrete Construction<br>1435 Anita St<br>Upland, CA  91786 | | | c | | | 488180 |
| 5 | Golden Blue Builders Group<br>PO Box 1561<br>Venice, CA  90294 | | | c | | | 484396 |
| 6 | Melt de la Paz<br>1411 Tower Grive Dr<br>Beverly Hills, CA  90210 | | | c | | | 350000 |
| 7 | LC Engineering<br>889 Pierce Court Ste 101<br>Thousand Oaks, CA  91360 | | | c | | | 311200 |
| 8 | National Ready Mix Concrete<br>15821 Ventura Blvd Ste 475<br>Encino, CA  91436 | | | c | | | 205000 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

| Debtor | Treetop Development, LLC | | | Case number (*if known*) | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Dexore<br>460 W Lambert Rd Suite G<br>Brea, CA  92821 | | | c | | | 65000 |
| 10 | Pacific Growth Investments LLC<br>1014 Broadway Suite 610<br>Santa Monica, CA  90401 | | | c | | | 60000 |
| 11 | PNC Equipment Finance<br>655 Business Ctr Dr #250<br>Horsham, PA 19044 | | | c | | | 45000 |
| 12 | LADWP<br>PO Box 515407<br>Los Angeles, CA  90051 | | | u | | | 20000 |
| 13 | Rosenthal Inspections<br>PO Box 487<br>Yorba Linda, CA  92885 | | | u | | | 34000 |
| 14 | Payan Surveying<br>2404 Mary Clare St.<br>Corona, CA  92882 | | | u | | | 30000 |
| 15 | Rodriguez and Rodriguez<br>16800 Devonshire St # 307<br>Granada Hills, CA  91344 | | | u | | | 30000 |
| 16 | CalWest Geotechnical Consulting<br>889 Pierce Court Ste 101<br>Thousand Oaks, CA  91360 | | | u | | | 22000 |
| 17 | LADWP<br>PO Box 515407<br>Los Angeles, CA  90051 | | | u | | | 20000 |
| 18 | Willscot<br>901 Bond St Suite 600<br>Baltimore, MD  21231 | | | u | | | 15000 |
| 19 | Abdulaziz Grossbart & Rudman<br>6454 Coldwater Canyon Ave<br>North Hollywood, CA  91606 | | | u | | | 13000 |
| 20 | NCL Electric<br>13391 Bradley Ave<br>Sylmar, CA  91342 | | | u | | | 6000 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

| Debtor | Treetop Development, LLC | | | Case number (if known) | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Heidi Corp dba Scheffler's<br>E. Scott Holbrook Esq.<br>1290 E Center Court Dr<br>Covina, CA 91724 | | | c/d | | | 1924573 |
| Sunwest Clean-up Inc.<br>c/o Ali Moghaddami Esq<br>333 E Glenoaks Blvd St 202<br>Glendale, CA  91207 | | | u | | | 31800 |
| RAL Design and Mgmt<br>c/o Michael Berke Esq<br>25001 The Old Rd<br>Stevenson Ranch, CA 91381 | | | c/u/d | | | 1318397 |
| Leon Krous Drilling<br>9300 Borden Ave<br>Sun Valley, CA 91352 | | | u | | | 85000 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Lewis R. Landau (CA Bar No. 143391)<br>Attorney-at-Law<br>22287 Mulholland Hwy., # 318<br>Calabasas, CA  91302<br>Voice and Fax: (888)822-4340<br>Email: Lew@Landaunet.com | |

☐ Debtor(s) appearing without attorney
☒ Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br>Treetop Development, LLC<br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of **6** sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 08/01/2022

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: 08/01/2022

/s/ Lewis R. Landau
Signature of Attorney for Debtor (if applicable)

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                                                                                                   F 1007-1.MAILING.LIST.VERIFICATION

Mohamed A. Hadid, Manager
Treetop Development, LLC
11301 W. Olympic Blvd # 537
Los Angeles CA 90064


Lewis R. Landau
Attorney at Law
22287 Mulholland Hwy. # 318
Calabasas CA 91302

Internal Revenue Service
P.O. Box 7346
Philadelphia, Pa  19101-7346


Franchise Tax Board Bankruptcy Section
MS: A-340
P. O. Box 2952
Sacramento, CA 95812-2952


Los Angeles Tax Collector
P.O. Box 54110
Los Angeles, CA  90054


Skylark Capital Management
FCI Lender Services
C/O Eisner PC
9601 Wilshire Blvd 7th FL
Beverly Hills, CA  90210


Bellis Steel Inc
10049 Canoga Avenue
Chatsworth, CA  91311


Cruz Concrete
33323 Agua Dulce Cyn Rd #77
Agua Dulce, CA  91390

HD Supply Construction
White Cap LP
PO Box 4944
Orlando, FL  32802


Leon Kraus Drilling Inc
9300 Borden Ave
Sun Valley, CA  91352


LC Engineering
889 Pierce Court Ste 101
Thousand Oaks, CA  91360


MAS Concrete Construction
1435 Anita St
Upland, CA  91786


Melt de la Paz
1411 Tower Grive Dr
Beverly Hills, CA  90210


CalWest Geotechnical Consulting
889 Pierce Court Ste 101
Thousand Oaks, CA  91360

Dexore
460 W Lambert Rd Suite G
Brea, CA  92821

Golden Blue Builders Group
PO Box 1561
Venice, CA  90294


NCL Electric
13391 Bradley Ave
Sylmar, CA  91342


Payan Surveying
2404 Mary Clare St.
Corona, CA  92882


Rodriguez and Rodriguez
16800 Devonshire Street Ste 307
Granada Hills, CA  91344


Rosenthal Inspections
PO Box 487
Yorba Linda, CA  92885


Willscot
901 Bond St Suite 600
Baltimore, MD  21231


So Cal Industries
163 Sixth Ave
City of Industry, CA  91746

National Ready Mix Concrete
15821 Ventura Blvd Suite 475
Encino, CA  91436


Waterproofing and Roofing Solutions Inc
11041 Santa Monica Bl Suite 306
Los Angeles, CA  90025


Abdulaziz Grossbart & Rudman
6454 Coldwater Canyon Ave
North Hollywood, CA  91606


Lydda Lud Lender Tree LLC
C/O Haddan Zepfel
610 Newport Center Drive Suite 330
Newport Beach, CA  92660


PNC Equipment Finance
655 Business Center Drive #250
Horsham, PA 19044


LADWP
PO Box 515407
Los Angeles, CA  90051

City of Los Angeles Fire Dept
6262 Van Nuys Blvd #451
Van Nuys, CA  91401


Pacific Growth Investments LLC
1014 Broadway Suite 610
Santa Monica, CA  90401


Heidi Corp dba Scheffler's
E. Scott Holbrook Esq.
1290 E Center Court Dr
Covina, CA 91724


Sunwest Clean-up Inc.
c/o Ali Moghaddami Esq
333 E Glenoaks Blvd St 202
Glendale, CA  91207


RAL Design and Mgmt
c/o Michael Berke Esq
25001 The Old Rd
Stevenson Ranch, CA 91381


Leon Krous Drilling
9300 Borden Ave
Sun Valley, CA 91352

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   Coldwater Development, LLC; 2:21-bk-10335 BB; 1/15/21; Chapter 7; Judge Bluebond CD Cal; pending; Lydda Lud, LLC; 2:21-bk-10336 BB; 1/15/21; Chapter 7; Judge Bluebond CD Cal; pending; 901 Strada 2:19-bk-23962-BB clsd

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   N/A

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   Coldwater Development, LLC; 2:21-bk-10335 BB; 1/15/21; Chapter 7; Judge Bluebond CD Cal; pending; Lydda Lud, LLC; 2:21-bk-10336 BB; 1/15/21; Chapter 7; Judge Bluebond CD Cal; pending; 901 Strada 2:19-bk-23962-BB clsd

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   N/A

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  Los Angeles , California

Date: 08/01/2022

_____
Signature of Debtor 1

_____
Signature of Debtor 2

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.