| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Lewis R. Landau (CA Bar No. 143391)<br>Attorney-at-Law<br>22287 Mulholland Hwy., # 318<br>Calabasas, CA 91302<br>Voice and Fax: (888)822-4340<br>Email: Lew@Landaunet.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Proposed Debtor in Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Treetop Development, LLC | CASE NO.: 2:22-bk-14165 BB<br><br>CHAPTER: 11 |
|---|---|
| | **NOTICE OF MOTION FOR:**<br><br> Application of Debtor in Possession to Retain General<br> Bankruptcy Counsel<br><br><br><br>*(Specify name of Motion)* |
| Debtor(s). | DATE: 09/14/2022<br>TIME:  10:00 am<br>COURTROOM: Courtroom 1539; Judge Bluebond<br>PLACE: United States Bankruptcy Court<br>255 E. Temple St., 15th Floor<br>Los Angeles, CA 90012 |

1. TO (*specify name*):  All Parties in Interest

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                Page 1                          **F 9013-1.1.HEARING.NOTICE**

4.  **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date.  If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5.  **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

Date:  08/24/2022

Lewis R. Landau, Attorney at Law
Printed name of law firm

/s/ Lewis R. Landau
Signature

Lewis R. Landau
Printed name of attorney

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                             Page 2                             **F 9013-1.1.HEARING.NOTICE**

**Lewis R. Landau** (CA Bar No. 143391)
**Attorney-at-Law**
22287 Mulholland Hwy., # 318
Calabasas, CA  91302
Voice and Fax: (888)822-4340
*Email: Lew@Landaunet.com*

[Proposed] Attorney for Debtor
and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>Treetop Development, LLC,<br><br>             Debtor. | Case No.: 2:22-bk-14165 BB<br>Chapter 11<br><br>**APPLICATION OF DEBTOR IN POSSESSION TO RETAIN GENERAL BANKRUPTCY COUNSEL; DECLARATION OF LEWIS R. LANDAU**<br><br>Date:       September 14, 2022<br>Time:      10:00 a.m.<br>Place:     Courtroom 1539; Judge Bluebond<br>             United States Bankrutpcy Court<br>             255 E. Temple St., 15th Floor<br>             Los Angeles, CA 90012 |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL OTHER INTERESTED PARTIES:**

      Treetop Development, LLC, a California limited liability company and Debtor in Possession ("Debtor"), hereby applies to the Court under 11 U.S.C. section 327(a) for authority to employ Lewis R. Landau, Attorney-at-Law ("Landau") as general bankruptcy counsel.  The following representations are submitted in conformity with the Guide to Applications for Employment of Professionals and Treatment of Retainers (Revised December 2002) of the Office of the United States Trustee ("UST"):

1    **1.    The Name and Occupation of the Professional or Firm to Be Employed.**

2    Landau is proposed general bankruptcy counsel to the Debtor in its capacity as debtor in

3    possession for the chapter 11 estate.

4    **2.    Facts Demonstrating the Necessity for the Employment and the Specific Services to
          Be Rendered.**

5

6    The Debtor filed its chapter 11 case on August 1, 2022.  The Debtor continues to manage

     the chapter 11 estate as debtor in possession.  Debtor is wholly owned by Casablanca Grand, LLC,

7    which is in turn wholly owned by Mohamed A. Hadid ("Hadid").  Hadid manages both entities.

8    Debtor's primary asset is a residential real property construction project located at 9650

9    Cedarbrook Drive, Beverly Hills, CA 90210 consisting of six (6) parcels totaling 27.73 acres.

10   Debtor scheduled the Cedarbrook property valued at $105 million foundation complete.  Debtor

11   anticpates the Cedarbrook property will be worth $250 million upon completion of a fully

12   permitted 78,000 square foot ultra-luxury residence and guest house.  Construction commenced in

13   2019 with grading and partial placement of caissons and retaining walls.  Construction is presently

14   halted after construction lending terminated in 2020.

15   Debtor was facing an imminent August 2, 2022 foreclosure sale of the Cedarbrook

16   property by Skylark Capital Management, LLC ("Skylark"), the construction lender.  Skylark

17   stopped funding construction draws in 2020 leading to the accrual of various mechanics' liens.

18   Debtor alleges that Skylark defaulted on its construction lending obligations.  The major issues to

19   be resolved in chapter 11 are the validity, priority and extent of the Skylark claim, paying

20   mechanics and materialmen, obtaining financing to continue construction and completing

21   construction through either the foundation phase or completed project for sale.

22   General bankruptcy counsel's services will include all legal services required to assist the

23   Debtor in fulfilling its duties under 11 U.S.C. §§ 1106 and 1107 including all contested matters

24   but excluding corporate, tax, employment/labor, real estate and securities related services.

25   Adversary proceedings will be evaluated on a case by case basis and may require additional

26   retention arrangements and deposits.

27   ///

28   ///

3.    **The Reason for the Selection of the Particular Professional to Be Employed, Including Facts to Substantiate That the Proposed Professional Has Attained a Sufficient Experience Level to Render the Proposed Services.  The Professional's Personal And, If Appropriate, Firm Resume Should Be Attached.  If a Trustee Proposed to Retain His or Her Own Firm as Counsel, the Application Must Show a Compelling Reason Why Appointment of Outside Counsel Is Not Feasible.**

The Debtor selected Landau as general bankruptcy counsel because Landau can perform the legal services required in this case in a competent and efficient manner.  The Debtor believes employment of Landau as its counsel is in the best interests of the estate.  As set forth in Landau's resume attached as Exhibit 2 to the declaration of Lewis R. Landau attached hereto (the "Landau Declaration"), Landau is well qualified to provide the legal services required by the Debtor.  Landau has practiced law as a commercial bankruptcy attorney for the past 33 years and is a certified bankruptcy law specialist by the State Bar of California Board of Legal Specialization.  Landau's ability to provide all required bankruptcy legal services will reduce the overall administrative expense burden of chapter 11 administration.

4.    **A Declaration under Penalty of Perjury Setting Forth, to the Best of the Professional's Knowledge, All of the Professional's Connections with the Debtor, Creditors, or Any Other Party in Interest, Their Respective Attorneys and Accountants, the United States Trustee and Any Person Employed by the Office of the United States Trustee, and Whether the Professional Holds Any Interest Adverse to the Estate of the Debtor.  The Declaration Must Contain Facts, Not Merely Legal Conclusions.**

To the best of the Debtor's knowledge, including consideration of the Landau Declaration, the Debtor believes and alleges that Landau is a disinterested person as that term is defined in 11 U.S.C. § 101(14), and has no interest adverse to the Debtor, its creditors, or the estate.

5.    **The Terms and Conditions of the Employment Agreement, Including the Hourly Rates Charged by Each Professional (Including Partners, Associates, and Paraprofessional Persons Employed by the Professional) Expected to Render Services to or for the Benefit of the Estate.**

Landau agrees to apply for compensation, after notice and a hearing, as required by the Bankruptcy Code.  Landau will accept as compensation such sums as the Court deems reasonable, based primarily upon Landau's customary fee charged to clients and the standards for approval of applications for compensation in the Ninth Judicial Circuit pursuant to 11 U.S.C. § 330.  Landau's hourly rates is $695 per hour billed in 1/10th of an hour increments.  A true and correct copy of

Landau's legal services agreement is attached as Exhibit 1 for a complete statement of all terms of retention.  Landau will not charge for in office expenses such as photocopying, telephone or fax charges.  Only charges incurred to third parties for goods and services such as litigation support services, reporter services, filing fees, postage purchases and the like will be sought for reimbursement or invoices therefore will be submitted to the client for direct payment in the client's ordinary course.

**6.      If a Professional Is an Attorney, the Application must State the Amount and Source of Any Fees, Retainers, or Other Compensation (Including Any Contingency Fee Agreements) Paid or Agreed to Be Paid, Including Any Fees, Retainers or Other Compensation Paid or agreed to Be Paid Within One Year of the Filing of the Petition, for Services Rendered or to Be Rendered in Contemplation of or in Connection with the Case, Whether the Fees, Retainers or Other Compensation Has Already Been Paid, Whether the Retainer Is an Advance Against Fees for Services to Be Rendered or Earned Upon Receipt, Whether All or Any Portion of the Retainer Is Refundable, the Services, If Any, the Client Is Entitled to Receive in Exchange for the Retainer, the Facts Justifying the Amount  for the Retainer, the Facts Justifying the Amount of the Retainer, and a Declaration under Penalty of Perjury Demonstrating the Need for a Retainer, Including Any Unusual Circumstances That Would Justify a Postpetition Retainer.**

On July 26, 2022 Debtor retained Landau to represent the Debtor in Possession in its bankruptcy case and provided a prepetition retainer deposit of $25,000.  The source of the retainer was Wael El Saadi who contributed the retainer to the Debtor for purposes of Landau's retention.  $15,290 in fees were earned prepetition and $9,710 remains on deposit in Landau's trust account.

Landau's legal services agreement requires that Debtor replenish the security deposit at $25,000 per month starting September 1, 2022.  These security deposit requirements are reasonable and necessary for general bankruptcy counsel services for the issues anticipated in Debtor's case.  Landau proposes to employ the procedures contained in the UST's Guide to Application for Retainers and Professional and Insider (April 2008) and submit Professional Fee Statements (Form USTLA-6) to draw down on any deposit balance monthly.

///

///

///

///

-4-

1    7.    **If the Application Is Made More than Thirty Days after the Date Post-petition**
2        **Services Commenced, it must Include a Declaration under Penalty of Perjury**
       **Explaining the Delay and Stating the Amount of Fees and Expenses That Have**
3        **Accrued During the Period Between the Date Post-petition Services Were**
       **Commenced and the Date of the Application.**

4        Not applicable.

5    8.    **If More than One of a Particular Type of Professional Is Being Retained, Each**
6        **Application Must Set Forth the Need for Dual Professionals, the Services to Be**
       **Performed by Each, a Statement That There Will Be No Duplication of Services and**
7        **an Explanation of How Duplication Will Be Avoided.**

8        Not Applicable. Landau will be employed as Debtor's only general bankruptcy attorney.

9 Special counsel may be employed for discrete matters as they arise without duplication.

10                                   <u>**CONCLUSION**</u>

11       **WHEREFORE**, the Debtor respectfully requests authorization, pursuant to 11 U.S.C.

12 § 327(a), and in accordance with Rule 2014(a) of the Federal Rules of Bankruptcy Procedure and

13 Local Bankruptcy Rule 2014-1(2), to employ Lewis R. Landau, Attorney-at-Law, as general

14 bankruptcy counsel on the terms set forth herein with compensation to be at the expense of the

15 estate in such amount as the Court may hereafter allow, after notice and hearing.

16 Dated: August 24, 2022           **Treetop Development, LLC**

18
19                      By:_____
                     Mohamed A. Hadid
20                      Manager of Casablanca Grand, LLC
                     Sole Member and Manager
21 Submitted by:

22 Dated: August 24, 2022           **Lewis R. Landau**
                       **Attorney at Law**
23

25                      By:*/s/ Lewis R. Landau*
26                      Lewis R. Landau
                     [Proposed] Attorney for the Debtor

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Lewis R. Landau (CA Bar No. 143391)<br>Attorney-at-Law<br>22287 Mulholland Hwy., # 318<br>Calabasas, CA 91302<br>Voice and Fax: (888)822-4340<br>Email: Lew@Landaunet.com | |
| *Attorney for:* Debtor in Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Treetop Development, LLC | CASE NO.: 2:22-bk-14165 BB<br>CHAPTER: 11 |
|---|---|
| | **STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT OF PROFESSIONAL PERSON UNDER FRBP 2014**<br><br>**(File with Application for Employment)** |
| Debtor(s). | [No Hearing Required] |

1. Name, address and telephone number of the professional (Professional) submitting this Statement:

   Lewis R. Landau Attorney-at-Law
   22287 Mulholland Hwy., # 318
   Calabasas, CA 91302
   Voice and Fax: (888)822-4340; Email: Lew@Landaunet.com

2. The services to be rendered by the Professional in this case are *(specify)*:
   General bankruptcy counsel to Debtor in Possession.  See Exhibit 1 retainer agreement.

3. The terms and source of the proposed compensation and reimbursement of the Professional are *(specify)*:
   Net prepetition retainer $9,710 source Waed El Saadi contribution; replenished at $25,000 monthly commencing September 1, 2022.  Payment pursuant to professional fee statements and interim and final fee applications.  $695/hour and third party expense reimbursement.  Payment from the estate to the extent retainer exhausted.

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4. The nature and terms of retainer (i.e., nonrefundable versus an advance against fees) held by the Professional are *(specify)*:
Retainer held in attorney's trust account as advance against fees, subject to payment and allowance procedures. No lien on retainer.

5. The investigation of disinterestedness made by the Professional prior to submitting this Statement consisted of *(specify)*:
Standard file review for conflicts with Debtor, secured creditors and top 20 largest unsecured creditors.

6. The following is a complete description of all of the Professional's connections with the Debtor, principals of the Debtor, insiders, the Debtor's creditors, any other party or parties in interest, and their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee *(specify, attaching extra pages as necessary)*:
None.

7. The Professional is not a creditor, an equity security holder or an insider of the Debtor, except as follows *(specify, attaching extra pages as necessary)*:
N/A

8. The Professional is not and was not, within 2 years before the date of the filing of the petition, a director, officer or employee of the Debtor.

9. The Professional does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason, except as follows *(specify, attaching extra pages as necessary)*:
None.

10. Name, address and telephone number of the person signing this Statement on behalf of the Professional and the relationship of such person to the Professional *(specify)*:
Lewis R. Landau Attorney-at-Law
22287 Mulholland Hwy., # 318
Calabasas, CA  91302
Voice and Fax: (888)822-4340
Email: Lew@Landaunet.com

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                      Page 2                          **F 2014-1.STMT.DISINTEREST.PROF**

11.  The Professional is not a relative or employee of the United States trustee or a bankruptcy judge, except as follows *(specify, attaching extra pages as necessary)*:

N/A

12.  Total number of attached pages of supporting documentation:  5

13.  After conducting or supervising the investigation described in paragraph 5 above, I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct except that I declare that paragraphs 6 through 9 are stated on information and belief.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/24/2022 | Lewis R. Landau | /s/ Lewis R. Landau |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                        Page 3                                        **F 2014-1.STMT.DISINTEREST.PROF**

# EXHIBIT 1

# Lewis R. Landau

*Attorney-at-Law*
*Admitted in California,*
*New York and Connecticut (ret)*

22287 Mulholland Hwy. # 318
Calabasas, California 91302
Voice & Fax (888)822-4340
*Lew@Landaunet.com*

*Certified Specialist*
*Bankruptcy Law*
*State Bar of California*
*Board of Legal Specialization*

July 26, 2022

*Via Email PDF File*
Mohamed Hadid, Manager
Treetop Development, LLC
11301 W Olympic Boulevard #537
Los Angeles, CA 90064

Re:    Attorney Client Retainer Agreement re Chapter 11 Representation

Dear Client:

This letter agreement is intended to fulfill the California legal requirement for a written fee agreement among attorney and client and may be disclosed to the Bankruptcy Court. This Attorney-Client Fee Contract ("Contract") is entered into by and between Treetop Development, LLC, a California limited liability company ("Client") and Lewis R. Landau, Attorney-at-Law ("Attorney").

1. **SCOPE AND DUTIES:** Client hires Attorney to provide legal services in connection with preparing for and filing a chapter 11 bankruptcy case in the United States Bankruptcy Court for the Central District of California. Attorney shall generally represent the chapter 11 estate and represent Client in all contested matters (i.e., motions filed within the bankruptcy case). Attorney shall provide those legal services reasonably required to represent Client, and shall take reasonable steps to keep Client informed of progress and to respond to Client's inquiries. Subsequent to chapter 11 plan confirmation, Attorney shall represent the reorganized debtor with regard to matters related to completing and closing the chapter 11 case. In the event the chapter 11 case is administratively closed, dismissed or converted to chapter 7 or a chapter 11 trustee is appointed, Attorney's services shall be deemed concluded unless a written agreement for further services is entered into at such time.

This Contract shall not obligate Attorney to prosecute or defend any adversary proceeding (lawsuits) in bankruptcy court or any other litigation. Any such additional services shall be evaluated and, if appropriate, subject to further retention arrangements. If accepted by Attorney, such services will be subject to this Contract and any amendment thereto to address such matter. The scope of Attorney's duties does not include corporate, tax, labor/employment, real estate transactional and securities related services. Client will retain independent attorneys having special expertise in these areas to the extent Client deems necessary.

Treetop Development, LLC
July 26, 2022
Page **2** of **4**

2. **CLIENT'S DUTIES:**  Client, through its management, shall cooperate with Attorney, be truthful with Attorney, keep Attorney promptly informed of developments or any other information which may come to Client's attention that reasonably relates to Attorney's services, abide by this Contract, timely fulfill financial obligations to Attorney, timely reimburse or pay expenses and keep Attorney advised of Client's address, telephone number and whereabouts.

Client will support the chapter 11 case by providing necessary information and documents and will appear when needed in legal proceedings.  Client will further cooperate with Attorney's requests for information and will fulfill non-legal and reporting requirements for chapter 11 compliance as set forth in the Guidelines of the United States Trustee ("UST") (https://www.justice.gov/ust-regions-r16/file/ch11_debtors_possession.pdf/download) and as may otherwise be required to maintain the chapter 11 case.  Client shall diligently seek to operate the chapter 11 estate to avoid accruing unpaid post-petition claims during the chapter 11 case and shall inform Attorney if unpaid post-petition expenses exceeding $10,000 are accrued.  Client shall maintain insurance coverage as required by the UST at all times during the bankruptcy case.

3. **SECURITY RETAINER DEPOSITS:**  In order for this Contract to become effective, Client shall deliver a security deposit of $25,000 for Attorney to prepare for and commence the chapter 11 case.  The source of the retainer is a contribution of funds to Client by _Wael El Saadi_, which shall be disclosed in Court filings.  Attorney will charge the deposit for expenses and legal services rendered prior to the initiation of the chapter 11 case.  If pre-bankruptcy services exceed $5,000, Client shall replenish the retainer prior to the chapter 11 filing.  Client acknowledges that the deposit is not an estimate of the total fees and costs, but merely an advance for security.

Client shall make additional $25,000 security deposit transfers to Attorney's trust account on the first day of each calendar month after the case is filed commencing September 1, 2022, subject to withdrawal upon Court approval.

Client agrees to pay for legal services at the 2022 rate of $695 per hour for time charged by Lewis R. Landau. Hourly rates increase $50 per hour on January 1st of each year commencing January 1, 2023.  The use of any additional personnel will require Client approval.  Time is charged in one tenth of an hour increments.  The time charged will include the time Attorney spends on telephone calls and reviewing and composing email messages relating to Client's matter, including but not limited to calls with Client, witnesses, opposing counsel or court personnel.  Attorney will charge for waiting time in court and elsewhere and for travel time, both local and out of town.

Treetop Development, LLC
July 26, 2022
Page 3 of 4

Payment of Attorney's fees and costs, if any, shall be sought from the retainer and to
the extent the retainer is exceeded the chapter 11 estate pursuant to the requirements
of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure and Local
Bankruptcy Rules.  Client shall cooperate in Attorney's efforts to seek allowance of
fees and costs as an expense of chapter 11 case administration and shall pay allowed
fees immediately upon entry of an order granting such allowances.

4. **COSTS AND EXPENSES:** In addition to paying legal fees, Client shall: (1)
reimburse Attorney for all costs and expenses incurred by Attorney, including, but not
limited to, process server's fees, fees fixed by law or assessed by courts or other
agencies, court reporters' fees, travel charges such as airfare, transfers, hotel and
meals and third party services for messenger, delivery, mailing, photocopying or
document preparation and other such litigation related costs including but not limited
to the retention of expert witnesses, consultants and investigators; and/or (2) pay
deposits for such services immediately upon request therefore by Attorney; and/or (3)
pay invoices for any such services directly to such vendor immediately upon receipt
of a request to do so by Attorney and Attorney providing an invoice for such services
to Client.  Under no circumstance shall Attorney be responsible to advance costs
recoverable from Client.  Client is advised that the United States Trustee imposes a
quarterly fee upon chapter 11 estates as set forth in the UST guidelines.  Such fees are
Client's responsibility throughout the pendency of the case.  Client shall supply a
valid charge card account for payment of the $1,738 Bankruptcy Court filing fee.

5. **STATEMENTS:** Attorney shall send Client periodic statements for hours incurred.
Client may request a statement at intervals of no less than 30 days.  Upon Client's
request, Attorney will provide a statement within 10 days.

6. **DISCHARGE AND WITHDRAWAL:** Client may discharge Attorney at any time.
Attorney may withdraw with Client's consent or for good cause.  Good cause
includes Client's breach of this Contract, Client's refusal to cooperate with Attorney
or to follow Attorney's advice on a material matter or any other fact or circumstance
that would render Attorney's continuing representation unlawful or unethical.

7. **CONCLUSION OF SERVICES:** When Attorney's services conclude, all unpaid
charges shall become immediately due and payable.  After Attorney's services
conclude, Attorney will, upon Client's request, deliver Client's file to Client, along
with any Client funds or property in Attorney's possession.  Attorney discloses that
files are maintained in electronic format only.

8. **DISCLAIMER OF GUARANTEE:** Nothing in this Contract and nothing in
Attorney's statements to Client will be construed as a promise or guarantee about the
outcome of Client's matter.  Attorney makes no such promises or guarantees.
Attorney's comments about the outcome of Client's matter are expression of an
opinion only.

Treetop Development, LLC
July 26, 2022
Page 4 of 4

**THE PARTIES HAVE READ AND UNDERSTOOD THE FOREGOING TERMS
AND AGREE TO THEM AS SET FORTH HEREIN.**

"Attorney"                                    "Client"

_____              _____
Lewis R. Landau                               Treetop Development, LLC
Attorney-at-Law                               by Mohamed Hadid, Manager

# EXHIBIT 2

# Lewis R. Landau, Attorney-at-Law

| | |
|---|---|
| **Experience** | **Bankruptcy Attorney**<br>*Practice focusing on financially distressed interests and related litigation:* |

- Representing public and privately held businesses, entrepreneurs, individuals, fiduciaries, committees and financial institutions in national and regional scope chapter 11 cases triggering multi-faceted bankruptcy and non-bankruptcy legal issues. Substantial experience in all phases of Title 11 practice. Experienced in issues of finance, corporate, environmental, insurance, suretyship, state and federal court litigation, state and federal appeals, taxation, telecommunications, health care, mechanics liens, land development, use and regulation, construction defect, planned unit developments, leases, employment, fraud and fraudulent transfers, asset protection, estate planning and intellectual property.
- Representing Unsecured Creditors Committee for Phoenix MC, Inc. electric car mfg.
- Representing Trustee for Quality Home Loans, securitized mortgage originator.
- Representing Trustee for Baldwin Builders and Baldwin Building Contractors, residential tract home developers in San Diego, Orange, Los Angeles and Ventura.
- Representing Plaintiffs and Defendants in various real estate litigation matters.
- Representing various other interests, both debtor and creditor, involving commercial and residential real estate, condominiums, hotels, apartments, farms and ranches.
- Representing interests in non-real estate related operating businesses, including data centers, video distribution, food processing, restaurant, retailing, plumbing distribution and wholesale, component part manufacturing and entertainment production.

*Significant published cases of interest:*

- Clear Channel Outdoor, Inc. v. Knupfer (In re PW, LLC), 391 B.R. 25 (9th Cir. BAP 2008);
- Chinese Yellow Pages v. Chinese Overseas Marketing Service (2008) 170 Cal. App. 4th 868.

| | | | |
|---|---|---|---|
| **Judicial Experience** | Legal Extern United States Bankruptcy Court, Central District, California | | |
| | 1988 | Honorable Calvin K. Ashland, Chief Judge | |
| **Education** | 1989 | JD | Loyola Law School | Los Angeles, CA |
| | 1985 | BA | S.U.N.Y. Albany | Albany, NY |

| | |
|---|---|
| **Admissions; Licenses** | Admitted California (1989), New York (1993) and Connecticut (1993; retired). Admitted 9th Circuit Court of Appeals; USDC Central, Northern & Eastern Districts of California. |
| **Memberships** | San Fernando Valley Bar Association |
| **Certifications** | Mediator; Bankruptcy Mediation Panel Program<br>California Board of Legal Specialization; Bankruptcy Law Specialist |
| **Philanthropy** | Court Appointed Special Advocate ("CASA"), Ventura County CA |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
 22287 Mulholland Hwy., # 318 Calabasas, CA 91302

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION FOR** (*specify name of motion*)
 Application of Debtor in Possession to Retain General Bankruptcy Counsel
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
08/24/2022__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 08/24/2022__, I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

 Judge Bluebond, US Bankruptcy Court, Suite 1534, 255 E Temple St. Los Angeles, CA 90012

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the
following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/24/2022 | Lewis R. Landau | /s/ Lewis R. Landau |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

| In re: Treetop Development, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:22-bk-14165 BB |

**ADDITIONAL SERVICE INFORMATION (if needed):**

NEF Service List (category I):

Paul S Arrow on behalf of Creditor Courtesy NEF
parrow@buchalter.com, docket@buchalter.com;smartin@buchalter.com

Matthew T Bechtel on behalf of Creditor MELT DE LA PAZ, INC.
matthew@thegreenlawgroup.com, peter@thegreenlawgroup.com

William S Brody on behalf of Creditor Courtesy NEF
wbrody@buchalter.com, dbodkin@buchalter.com;IFS_filing@buchalter.com

Eryk R Escobar on behalf of U.S. Trustee United States Trustee (LA)
eryk.r.escobar@usdoj.gov

Brian T Harvey on behalf of Creditor Courtesy NEF
bharvey@buchalter.com, IFS_filing@buchalter.com;dbodkin@buchalter.com

Lewis R Landau on behalf of Debtor Treetop Development, LLC
Lew@Landaunet.com

Giovanni Orantes on behalf of Other Professional Giovanni Orantes
go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;
orantesgr89122@notify.bestcase.com

Ronald N Richards on behalf of Creditor Courtesy NEF
ron@ronaldrichards.com, 7206828420@filings.docketbird.com

Ronald N Richards on behalf of Interested Party Give Back, LLC, a California limited liability company
ron@ronaldrichards.com, 7206828420@filings.docketbird.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Michael L Wachtell on behalf of Creditor Courtesy NEF
mwachtell@buchalter.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                            **F 9013-3.1**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

IN RE:

TREETOP DEVELOPMENT, LLC

CASE NO: 2:22-bk-14165 BB

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 11
Judge: Bluebond
Hearing Location: 1539
Hearing Date: 9/14/22
Hearing Time: 10:00 AM

On 8/24/2022, I did cause a copy of the following documents, described below,

Notice of and Application to Employ General Bankruptcy Counsel

Order Setting Scheduling and Case Management Conference

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/24/2022

/s/ /s/ Lewis R. Landau
/s/ Lewis R. Landau  143391

Lewis R Landau Attorney at Law
22287 MULHOLLAND HWY, STE 318
Calabasas, CA  91302
888 822 4340
lew@landaunet.com

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

IN RE:

TREETOP DEVELOPMENT, LLC

CASE NO: 2:22-bk-14165 BB

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 11
Judge: Bluebond
Hearing Location: 1539
Hearing Date: 9/14/22
Hearing Time: 10:00 AM

On 8/24/2022, a copy of the following documents, described below,

Notice of and Application to Employ General Bankruptcy Counsel

Order Setting Scheduling and Case Management Conference

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/24/2022

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
/s/ Lewis R. Landau
Lewis R Landau Attorney at Law
22287 MULHOLLAND HWY, STE 318
Calabasas, CA  91302

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL SERVICE. REFER TO THE
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" WERE RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO                          ~~EXCLUDE~~                        ~~EXCLUDE~~

  LABEL MATRIX FOR LOCAL NOTICING  ~~(U)COURTESY NEF~~                ~~(U)GIVE BACK  LLC  A CALIFORNIA LIMITE~~
NCRS ADDRESS DOWNLOAD                                                 ~~LIABILI~~
CASE 222-BK-14165 BB
CENTRAL DISTRICT OF CALIFORNIA
WED AUG 24 11-13-9 PST 2022


                                   DEBTOR                             ~~EXCLUDE~~

MELT DE LA PAZ  INC                TREETOP DEVELOPMENT  LLC           ~~LOS ANGELES DIVISION~~
THE GREEN LAW GROUP  LLP           11301 W OLYMPIC BLVD  537          ~~255 EAST TEMPLE STREET~~
1777 E LOS ANGELES AVE             LOS ANGELES  CA 90064-1653         ~~LOS ANGELES  CA 90012-3332~~
SIMI VALLEY  CA 93065-2068


901 STRADA  LLC                    ABDULAZIZ GROSSBART  RUDMAN        ARROW TOOLS FASTENERS  SAW  INC CO JON
11301 W OLYMPIC BLVD  STE 537      6454 COLDWATER CANYON AVE          D
LOS ANGELES  CA 90064-1653         NORTH HOLLYWOOD  CA 91606-1187     333 S GRAND AVE 2100
                                                                      LOS ANGELES  CA 90071-1525


BELLIS STEEL INC                   CALWEST GEOTECHNICAL CONSULTING    CASABLANCA GRAND  LLC
10049 CANOGA AVENUE                889 PIERCE COURT STE 101           11301 W OLYMPIC BLVD   537
CHATSWORTH  CA 91311-3004          THOUSAND OAKS  CA 91360-6098       LOS ANGELES
                                                                      CA 90064-1653


CITY OF LOS ANGELES FIRE DEPT      CRUZ CONCRETE                      DAVID H LAU  ASSOCIATES  INC
6262 VAN NUYS BLVD 451             33323 AGUA DULCE CYN RD 77         12467 W WASHINGTON BLVD
VAN NUYS  CA 91401-2793            AGUA DULCE  CA 91390-4548          LOS ANGELES  CA 90066-5511


DEXORE                             FRANCHISE TAX BOARD                FRANCHISE TAX BOARD BANKRUPTCY SECTION
460 W LAMBERT RD SUITE G           BANKRUPTCY SECTION MS A340         MS A340
BREA  CA 92821-3930                PO BOX 2952                        P O BOX 2952
                                   SACRAMENTO CA 95812-2952           SACRAMENTO  CA 95812-2952


GOLDEN BLUE BUILDERS GROUP         HD SUPPLY CONSTRUCTION             HEIDI CORP DBA SCHEFFLERS
PO BOX 1561                        WHITE CAP LP                       E SCOTT HOLBROOK ESQ
VENICE  CA 90294-1561              PO BOX 4944                        1290 E CENTER COURT DR
                                   ORLANDO  FL 32802-4944             COVINA  CA 91724-3601


INTERNAL REVENUE SERVICE           JOSEPH TAVELMAN LIBERTY BELL LAW GROUP   KAZEMI  ASSOC
PO BOX 7346                        20350 VENTURA BLVD  STE 230        11901 SANTA MONICA BLVD  800
PHILADELPHIA  PA  19101-7346       WOODLAND HILLS  CA 91364-2487      LOS ANGELES  CA 90025-2767


LADWP                              LC ENGINEERING                     LEON KRAUS DRILLING INC
PO BOX 515407                      889 PIERCE COURT STE 101           9300 BORDEN AVE
LOS ANGELES  CA 90051-6707         THOUSAND OAKS  CA 91360-6098       SUN VALLEY  CA 91352-2006

PARTIES DES~~IGNATED AS "EXCLUDE" WERE NOT SERVED VIA NEF AND/OR HYPERLINK TO THE DOCUMENT. ON (DATE)~~, I SERVED THE FOLLOWING
PARTIES WITH A '+' AND DESIGNATED AS "CM/~~ECF" WERE SERVED BY THE COURT VIA NEF AND RECEIVED THE FOREGOING DOCUMENT. NOTICE THROUGH THE CM/ECF SYSTEM~~

EXCLUDE

LEON KROUS DRILLING
9300 BORDEN AVE
SUN VALLEY  CA 91352-2006

~~LEWIS R LANDAU
ATTORNEY AT LAW
22287 MULHOLLAND HWY  318
CALABASAS  CA 91302 5157~~

(P)LOS ANGELES COUNTY TREASURER AND TA
COLLECTOR
ATTN BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110

LYDDA LUD LENDER TREE LLC
CO HADDAN ZEFFEL
610 NEWPORT CENTER DRIVE SUITE 330
NEWPORT BEACH  CA 92660-6441

MAS CONCRETE CONSTRUCTION
1435 ANITA ST
UPLAND  CA 91786-2815

MELT DE LA PAZ  INC
CO THE GREEN LAW GROUP  LLP
1777 E LOS ANGELES AVE
SIMI VALLEY  CA 93065-2068

MELT DE LA PAZ
1411 TOWER GRIVE DR
BEVERLY HILLS  CA 90210-2139

MOHAMED A HADID  MANAGER
TREETOP DEVELOPMENT  LLC
11301 W OLYMPIC BLVD  537
LOS ANGELES CA 90064-1653

NCL ELECTRIC
13391 BRADLEY AVE
SYLMAR  CA 91342-1206

NATIONAL READY MIX CONCRETE
15821 VENTURA BLVD SUITE 475
ENCINO  CA 91436-4778

PNC EQUIPMENT FINANCE
655 BUSINESS CENTER DRIVE 250
HORSHAM  PA 19044-3448

PACIFIC GROWTH INVESTMENTS LLC
1014 BROADWAY SUITE 610
SANTA MONICA  CA 90401-2808

PAYAN SURVEYING
2404 MARY CLARE ST
CORONA  CA 92882-2508

RAL DESIGN AND MANAGEMENT INC
RUSSELL LINCH
25031 W AVENUE STANDFORD UNIT 100
VALENCIA CA 91355-4538

RAL DESIGN AND MGMT
CO MICHAEL BERKE ESQ
25001 THE OLD RD
STEVENSON RANCH  CA 91381-2252

RAL DESIGN AND MGMT CO RUSSELL LINCH
25031 W AVENUE STANDFORD
VALENCIA  CA 91355-3442

RICHARD WEISS LAW OFFICE
10350 SANTA MONICA BLVD  STE 295
LOS ANGELES  CA 90025-5074

RODRIGUEZ AND RODRIGUEZ
16800 DEVONSHIRE STREET STE 307
GRANADA HILLS  CA 91344-7410

ROSENTHAL INSPECTIONS
PO BOX 487
YORBA LINDA  CA 92885-0487

SABAH STANLEY
445 CAPRICORN STREET
BREA  CA 92821-3246

SKYLARK CAPITAL MANAGEMENT
FCI LENDER SERVICES
CO EISNER PC
9601 WILSHIRE BLVD 7TH FL
BEVERLY HILLS  CA 90210-5213

SO CAL INDUSTRIES
163 SIXTH AVE
CITY OF INDUSTRY  CA 91746-2914

SUNWEST CLEANUP INC
CO ALI MOGHADDAMI ESQ
333 E GLENOAKS BLVD ST 202
GLENDALE  CA 91207-2099

UNITED STATES TRUSTEE (LA)
915 WILSHIRE BLVD  SUITE 1850
LOS ANGELES  CA 90017-3560

WATERPROOFING AND ROOFING SOLUTIONS INC
11041 SANTA MONICA BL SUITE 306
LOS ANGELES  CA 90025-3523

WILLSCOT
901 BOND ST SUITE 600
BALTIMORE  MD 21231-3348

GIOVANNI ORANTES
THE ORANTES LAW FIRM  A PROFESSIONAL
COR
3435 WILSHIRE BLVD 2920
LOS ANGELES
LOS ANGELES  CA 90010-2015

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FEDERAL RULE OF CIVIL PROCEDURE OR-2, AND/OR
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" MEANS THEY WERE RECEIVED BY EMAIL/NEF NOTICE THROUGH THE CM/ECF SYSTEM

EXCLUDE

LEWIS R LANDAU
LEWIS R LANDAU ATTORNEY AT LAW
22287 MULHOLLAND HWY., 318
CALABASAS, CA 91302-5157

ADDRESSES WE----N------E------RE D---E-E-VIA--E--------CE" ENTERED--8----2- BY THE-----RU-
COURT'S NOTICE OF ELECTRONIC FILING ("NEF------------

(U.S. Trustee)
United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
represented by:
Eryk R Escobar
Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

eryk.r.escobar@usdoj.gov

(Debtor)
Treetop Development, LLC
11301 W. Olympic Blvd # 537
Los Angeles, CA 90064
Tax ID / EIN: 47-1843976
represented by:
Lewis R Landau
Lewis R. Landau Attorney at law
22287 Mulholland Hwy., # 318
Calabasas, CA 91302
(fax)

Lew@Landaunet.com

Giovanni Orantes
The Orantes Law Firm, A Professional
Cor
3435 wilshire blvd #2920
Los Angeles
Los Angeles, Ca 90010United States
(Other Professional)
represented by:
Giovanni Orantes
Orantes Law Firm PC
3435 Wilshire Blvd Ste 2920
Los Angeles, CA 90010

go@gobklaw.com

(Creditor)
MELT DE LA PAZ, INC.
The Green Law Group, LLP
1777 E. Los Angeles Ave
Simi Valley, CA 93065
represented by:
Matthew T Bechtel
The Green Law Group, LLP
1777 E. Los Angeles Ave.
Simi Valley, CA 93065

matthew@thegreenlawgroup.com

(Interested Party)
Give Back, LLC, a California limited
liability company
represented by:
Ronald N Richards
Law Offices of Ronald Richards & Assoc
PO Box 11480
Beverly Hills, CA 90213

ron@ronaldrichards.com

Michael L Wachtell
Buchalter, A Professional Corporation
1000 Wilshire Blvd.
Suite 1500
Los Angeles, CA 90210

mwachtell@buchalter.com

Ronald N Richards
Law Offices of Ronald Richards & Assoc
PO Box 11480
Beverly Hills, CA 90213

ron@ronaldrichards.com

Brian T Harvey
Buchalter, A Professional Corporation
1000 Wilshire Blvd Ste 1500
Los Angeles, CA 90017-2457

bharvey@buchalter.com

William S Brody
Buchalter, A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

wbrody@buchalter.com

(Creditor)
represented by:
Paul S Arrow
Buchalter, A Professional Corporation
1000 Wilshire Blvd Ste 1500
Los Angeles, CA 90017-2457

parrow@buchalter.com