**BRYAN CAVE LEIGHTON PAISNER LLP**
Sharon Z. Weiss (SBN 169446)
Olivia J. Scott (SBN 329725)
sharon.weiss@bclplaw.com
olivia.scott3@bclplaw.com
1920 Main Street, Suite 1000
Irvine, California  92614-7276
Telephone:    +1 949 223 7000
Facsimile:    +1 949 223 7100

[Proposed] Attorneys for Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>Treetop Development, LLC,<br><br>　　　　　Debtor | Case No. 2:22-bk-14165<br><br>Chapter 11<br><br>**[PROPOSED] ORDER APPROVING APPLICATION OF THE DEBTOR FOR ENTRY OF AN ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF BCLP AS SUBSTITUTE COUNSEL FOR THE DEBTOR AND DEBTOR-IN-POSSESSION EFFECTIVE AS OF OCTOBER 7, 2022**<br><br>[*Filed contemporaneously with Application for Retention and Statement of Disinterestedness*] |

　　　　The Court considered the *Application of the Debtor for Entry of and Order Authorizing Retention and Employment of BCLP as Substitute Counsel for the Debtor and Debtor-In-Possession Effective as of October 7, 2022* ("**Application**") filed by debtor and debtor-in-possession, Treetop Development, LLC ("**Debtor**") under 11 U.S.C. § 327(a) to employ Bryan Cave Leighton Paisner LLP ("**BCLP**") as general bankruptcy and restructuring counsel, as well as the *Statement of Disinterestedness*, the *Declaration of Sharon Z. Weiss*, and other exhibits submitted in support thereof.

     As no objection has been filed to the Application, and it appearing that BCLP does not hold any interest adverse to the Debtor or the bankruptcy estate and finding that BCLP is a "disinterested person" as defined by 11 U.S.C. § 101(14) and that Debtor's employment of BCLP is in the best interest of the bankruptcy estate and good cause existing, the Court hereby **ORDERS** as follows:

1. The Application is APPROVED.
2. Debtor is authorized to employ BCLP to act as its general bankruptcy and restructuring counsel, the extent, rate and amount of compensation and reimbursement of expenses to be paid as an administrative expense in such amounts as the Court may hereafter allow pursuant to 11 U.S.C. §§ 330 and 331, upon properly submitted application(s) and orders thereon pursuant to the terms of BCLP's engagement letter, which is attached to the Application at **Exhibit 2**.
3. In the event the Debtor is unable to obtain reasonable and appropriate post-petition financing, BCLP shall be permitted to terminate and withdraw from its representation of the Debtor upon reasonable notice and without further order of this Court; provided that the Debtor has first or otherwise obtained substitute counsel.

**IT IS SO ORDERED**

###