| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| BRYAN CAVE LEIGHTON PAISNER LLP<br>Sharon Z. Weiss (SBN 169446)<br>sharon.weiss@bclplaw.com<br>Oliva J. Scott (SBN 329725)<br>olivia.scott3@bclplaw.com<br>120 Broadway, Suite 300<br>Santa Monica, California 90401-2386<br>Tel:  (310) 576-2100<br>Fax: (310) 576-2200<br><br>*Attorney for:* Debtor and Debtor-in-Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Treetop Development, LLC<br><br><br><br><br><br>Debtor(s).<br><br><br><br>vs.<br><br>Plaintiff(s).<br><br><br><br><br><br>Defendant(s). | CASE NO.: 2:22-bk-14165-BB<br>ADVERSARY NO.:<br>CHAPTER: 11<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |
|---|---|

1. I, Jarret P. Hitchings, Esq. _____, apply to the court under LBR 2090-1(b) for permission to appear and participate in the above-entitled action on behalf of the following named party, by whom I have been retained (*specify name of party*):
Debtor Treetop Development, LLC

2. I have paid the required fee specified in LBR 2090-1(b)(5) to the United States District Court and have attached a copy of the receipt.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2016*    Page 1    **F 2090-1.2.APP.NONRES.ATTY**

3. I am a lawyer with the following law firm (*specify name and address of law firm*):
    Bryan Cave Leighton Paisner LLP, One Wells Fargo Center, 301 S. College Street, Suite 2150 Charlotte, NC 28202

4. I am a member in good standing and eligible to practice before the following courts and admitted to practice on the following dates (s*pecify name of each such jurisdiction and my date of admission to practice in each such jurisdiction*):
    [See Exhibit 1]

5. I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the state of California.  I am not currently suspended or disbarred in any court.

6. I have concurrently or within the past 36 months made pro hac vice applications to this court in the following actions:

| Court | Case Number | Title of Action | Date of Application | Disposition of Application |
|---|---|---|---|---|
| USBC Cent. Dist. CA | 20-12636-SC | In re Golden Hotel LLC | 04/06/2021 | Granted (4/6/2021) |

7. I ☐ have  ☒ have not   been disciplined by any court or administrative body ☐ disciplinary proceedings are pending; details are as follows:

    I ☐ resigned  ☐ did not resign    while disciplinary proceedings were pending.

8. I certify that I have read the LBRs, the FRBP, the F.R.Civ.P., and the F.R.Evid., in their entirety.

9. I designate the following person of the following law firm, who is a member of the bar of this court and maintains an office in this district for the practice of law, as the attorney with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served:

    Name of attorney (Designee):
    Sharon Z. Weiss, Esq.

    Name and address of law firm, or residence address:
    Bryan Cave Leighton Paisner LLP, 120 Broadway, Suite 300, Santa Monica, California 90401

    Telephone number of law firm: (310) 576-2100

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2016*                                                                 Page 2                                                    **F 2090-1.2.APP.NONRES.ATTY**

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 11/01/2022

_____
Signature of applicant

Jarret P. Hitchings, Esq.
Printed name of applicant

## CONSENT OF DESIGNEE

I consent to the foregoing designation.

Date: 11/01/2022

_____
Signature of Designee

Sharon Z. Weiss
Printed name of Designee

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                                    Page 3                          F 2090-1.2.APP.NONRES.ATTY

# EXHIBIT 1

Exhibit 1

United States Bankruptcy Court for the Central District of California
Application for Admission Pro Hac Vice – Jarret P. Hitchings
In re TREETOP DEVELOPMENT, LLC
Case No. 2:22-bk-14165

I am a member in good standing and eligible to practice before the following courts:

| COURT | DATE ADMITTED |
|---|---|
| State of Delaware | March 8, 2011 |
| Commonwealth of Pennsylvania | November 7, 2011 |
| US District Court – District of Delaware | August 17, 2011 |
| US Bankruptcy Court – District of Delaware | April 4, 2011 |
| US District Court – Eastern District of Pennsylvania | December 14, 2011 |
| US Bankruptcy Court – Eastern District of Pennsylvania | 2011 |
| US Court of Appeals – Third Circuit | September 11, 2012 |

```
Court Name: U.S. District Court
Division: 2
Receipt Number: LA245928
Cashier ID: lpcash
Transaction Date: 11/02/2022
Payer Name: LA Depositions
----------------------------------
PRO HAC VICE
 For: Jarret P. Hitchings, Esq
 Case/Party: D-CAC-2-23-AT-002023-001
 Amount:         $500.00
----------------------------------
CHECK
 Check/Money Order Num: 402816
 Amt Tendered:   $500.00
----------------------------------
Total Due:       $500.00
Total Tendered:  $500.00
Change Amt:      $0.00

Case No: 2:22-bk-14165-BB

FBO Jarret P Hitchings, Esq


No refunds without original
receipt. Returned checks will be
assessed a fee of $53.00.
```

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Bryan Cave Leighton Paisner LLP, 120 Broadway, Suite 300, Santa Monica, California 90401-2386.

A true and correct copy of the foregoing document entitled: **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1 (b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* 11/03/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Lewis R Landau**
  Lew@Landaunet.com

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:

On *(date)* 11/03/2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Jon R Haddan
363 San Miguel Dr., Ste. 210
Newport Beach, CA 92660

Todd E Whitman
11400 W Olympic Blvd., Ste. 1480
Los Angeles, CA 90064

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/03/2022 | Raul Morales | /s/ Raul Morales |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016    Page 4    F 2090-1.2.APP.NONRES.ATTY

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Paul S Arrow**
  parrow@buchalter.com, docket@buchalter.com;smartin@buchalter.com

- **Matthew T Bechtel**
  matthew@thegreenlawgroup.com, peter@thegreenlawgroup.com

- **William S Brody**
  wbrody@buchalter.com, dbodkin@buchalter.com;IFS_filing@buchalter.com;smartin@buchalter.com

- **Eryk R Escobar**
  eryk.r.escobar@usdoj.gov

- **Brian T Harvey**
  bharvey@buchalter.com, IFS_filing@buchalter.com;dbodkin@buchalter.com

- **William N Lobel**
  wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com

- **Douglas M Neistat**
  dneistat@gblawllp.com, mramos@gblawllp.com;tkrant@gblawllp.com

- **Giovanni Orantes**
  go@gobklaw.com, gorantes@orantes-law.com, cmh@gobklaw.com, gobklaw@gmail.com, go@ecf.inforuptcy.com; orantesgr89122@notify.bestcase.com

- **Ronald N Richards**
  ron@ronaldrichards.com, 7206828420@filings.docketbird.com

- **Jeremy H Rothstein**
  jrothstein@gblawllp.com, msingleman@gblawllp.com;scabrera@gblawllp.com

- **Thomas E Shuck**
  efilings@pmcos.com, gmajidian@pmcos.com

- **United States Trustee (LA)**
  ustpregion16.la.ecf@usdoj.gov

- **Michael L Wachtell**
  mwachtell@buchalter.com

- **David J Williams**
  dwilliams@mabr.com, cnickol@mabr.com

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                                                                 Page 4                                         **F 2090-1.2.APP.NONRES.ATTY**