United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 22-14165-BB |
| Treetop Development, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 12, 2024 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2024:**

**Recip ID        Recipient Name and Address**
db          +  Treetop Development, LLC, 11301 W. Olympic Blvd # 537, Los Angeles, CA 90064-1653

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2024              Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2024 at the address(es) listed below:

**Name                           Email Address**

Brian T Harvey
                    on behalf of Creditor Skylark Capital Management  LLC bharvey@buchalter.com, IFS_filing@buchalter.com;dbodkin@buchalter.com

David J Williams
                    on behalf of Debtor Treetop Development  LLC dwilliams@mabr.com, cnickol@mabr.com

David J Williams
                    on behalf of Special Counsel Maschoff Brennan Gilmore & Israelson PLLC dwilliams@mabr.com  cnickol@mabr.com

David J Williams
                    on behalf of Plaintiff Treetop Development  LLC dwilliams@mabr.com, cnickol@mabr.com

David Samuel Shevitz
                    on behalf of U.S. Trustee United States Trustee (LA) David.S.Shevitz@usdoj.gov

Douglas M Neistat

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Jan 12, 2024 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Courtesy NEF dneistat@gblawllp.com  mramos@gblawllp.com;tkrant@gblawllp.com |
| Giovanni Orantes | on behalf of Other Professional Giovanni Orantes go@gobklaw.com gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.infouptcy.com;orantesgr89122@notify.bestcase.com |
| Jeremy H Rothstein | on behalf of Creditor LC Engineering Group  Inc., a California corporation jrothstein@gblawllp.com, msingleman@gblawllp.com;rsoll@gblawllp.com |
| Kenneth Hennesay | on behalf of Interested Party 364 Capital LLC khennesay@allenmatkins.com  ncampos@allenmatkins.com |
| Kenneth Misken | on behalf of U.S. Trustee United States Trustee (LA) Kenneth.M.Misken@usdoj.gov |
| Lewis R Landau | on behalf of Debtor Treetop Development  LLC Lew@Landaunet.com |
| Lewis R Landau | on behalf of Interested Party Courtesy NEF Lew@Landaunet.com |
| Lewis R Landau | on behalf of Attorney Lewis R Landau Lew@Landaunet.com |
| Matthew T Bechtel | on behalf of Creditor MELT DE LA PAZ  INC. matthew@thegreenlawgroup.com, peter@thegreenlawgroup.com |
| Michael L Wachtell | on behalf of Creditor Skylark Capital Management  LLC mwachtell@buchalter.com |
| Quincy Chuck | on behalf of Plaintiff Treetop Development  LLC qchuck@mabr.com |
| Roberto J Kampfner | on behalf of Creditor Skylark (UK) Servicing  LLC rkampfner@whitecase.com, ladocketing@whitecase.com;dnomi@whitecase.com |
| Ronald N Richards | on behalf of Interested Party Give Back  LLC, a California limited liability company ron@ronaldrichards.com, 7206828420@filings.docketbird.com |
| Ronald N Richards | on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com  7206828420@filings.docketbird.com |
| Ronald N Richards | on behalf of Creditor Courtesy NEF ron@ronaldrichards.com  7206828420@filings.docketbird.com |
| Sara Chenetz | on behalf of Creditor Lydda Lud Lender Tree  LLC schenetz@perkinscoie.com, docketLA@perkinscoie.com;cmallahi@perkinscoie.com;jkulow@perkinscoie.com;chenetz-sara-perkins-coie-8670@ecf.pacerpro.com |
| Sharon Z. Weiss | on behalf of Plaintiff Treetop Development  LLC sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com |
| Sharon Z. Weiss | on behalf of Attorney Bryan Cave Leighton Paisner LLP sharon.weiss@bclplaw.com raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com |
| Sharon Z. Weiss | on behalf of Debtor Treetop Development  LLC sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com |
| Steven M Berman | on behalf of Interested Party 364 Capital LLC sberman@shumaker.com cparrish@shumaker.com;jbenford@shumaker.com;lhutton@shumaker.com |
| Thomas E Shuck | on behalf of Creditor PNC Equipment Finance LLC tshuck@pmcos.com  efilings@pmcos.com |
| Thomas M Geher | on behalf of Debtor Treetop Development  LLC tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Wendy A Loo | on behalf of Respondent City of Los Angeles wendy.loo-smart@lacity.org |
| William N Lobel | |

District/off: 0973-2 User: admin Page 3 of 3
Date Rcvd: Jan 12, 2024 Form ID: pdf042 Total Noticed: 1

on behalf of Creditor Courtesy NEF wlobel@tocounsel.com  stena@tocounsel.com;sschuster@tocounsel.com

TOTAL: 30

```
 1  OFFICE OF THE LOS ANGELES CITY ATTORNEY
    HYDEE FELDSTEIN SOTO, City Attorney (SBN 106866)
 2  DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)
    JOHN W. HEATH, Senior Assistant City Attorney (SBN 194215)
 3  WENDY LOO-SMART, Deputy City Attorney (SBN 176587)
    DONNA WONG, Deputy City Attorney (SBN 210741)
 4  200 North Main Street, Suite 920
 5  Los Angeles, CA 90012-4130
    Tel: (213) 978-7750
 6  Fax: (213) 978-7714
 7  Email: wendy.loo-smart@lacity.org
 8  Attorneys for Respondent CITY OF LOS ANGELES
```

**FILED & ENTERED**

**JAN 12 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY evangeli DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:22-bk-14165-BB |
| Treetop Development, LLC, | Chapter 11 |
| Debtor. | ORDER DENYING DEBTOR'S MOTION FOR ISSUANCE OF ORDER TO SHOW CAUSE AGAINST THE CITY OF LOS ANGELES **WITHOUT PREJUDICE** |
| | <u>Hearing</u><br>Date: January 11, 2024<br>Time: 10:00 a.m.<br>Place: Courtroom 1539<br><br>The Honorable Sheri Bluebond<br>The Edward P. Roybal Federal Building<br>255 East Temple Street<br>Los Angeles, CA 90012 |

---

ORDER DENYING DEBTOR'S MOTION FOR ISSUANCE OF ORDER TO SHOW CAUSE
AGAINST THE CITY OF LOS ANGELES **WITHOUT PREJUDICE**

1

The "Motion for Issuance of Order To Show Cause Against the City of Los Angeles" (the "Motion") of debtor Treetop Development, LLC ("Debtor") came on for hearing on January 11, 2024 at 10:00 a.m., in Courtroom 1539 of the United States Bankruptcy Court, located at 255 East Temple Street, Los Angeles, CA 90012, before the Honorable Sheri Bluebond, United States Bankruptcy Court Judge. Sharon Z. Weiss, Esq. with Bryan Cave Leighton Paisner LLP and Sheri L. Bonstelle, Esq. of Jeffer Mangels Butler & Mitchell LLP appeared on behalf of Debtor. Deputy City Attorney Wendy Loo-Smart and Deputy City Attorney Donna Wong of the Office of the Los Angeles City Attorney appeared on behalf of the City of Los Angeles (the "City"). Roberto J. Kampfner, Esq. of White & Case appeared on behalf of Skylark UK. Sara Chenetz, Esq. of Perkins Coie appeared on behalf of Lydda Lud Lender Tree. All other appearances are as noted on the record. For the reasons set forth on the record,

**IT IS HEREBY ORDERED** that the Motion is denied **WITHOUT PREJUDICE**.

###

Date: January 12, 2024

_____
Sheri Bluebond
United States Bankruptcy Judge