# EXHIBIT 1

# Treetop Development LLC
## Balance Sheet

|  |  | December 31, 2024 |
|---|---|---:|
| **ASSETS** | | |
| | **Current Assets** | |
| | Treetop Dev DIP | 210,769 |
| | Judgement | 683,363 |
| | Total Current Assets | 894,131 |
| | Real Estate | 106,000,000 |
| **TOTAL ASSETS** | . | **106,894,131.36** |
| **LIABILITIES & EQUITY** | | |
| | Liabilities | |
| | DIP | 12,969,814 |
| | Taxes | 0 |
| | Total Taxes | 0 |
| | Long Term Liabilities | 79,933,542 |
| | Total Liabilities | 92,903,356 |
| | Equity | 13,990,776 |
| **TOTAL LIABILITIES & EQUITY** | | **106,894,131** |