Exhibit 2    Page 1 of 3


Exhibit 2    Page 1 of 3

# EXHIBIT 2

**EAST WEST BANK**  Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

ACCOUNT STATEMENT
Page 1 of 3
STARTING DATE: December 01, 2024
ENDING DATE: December 31, 2024
Total days in statement period: 31

████████8403
( 3 )

TREETOP DEVELOPMENT LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #22-14165
19800 MACARTHUR BLVD STE 820
IRVINE CA  92612-2427

Stay alert for financial scams. If you receive an email, text, or call from someone unknown about receiving or sending money for inheritance, charities, or anything similar, do not respond or share your personal information.

## Business Elite

| | | | |
|---|---|---|---|
| Account number | ████████8403 | Beginning balance | $321,091.45 |
| Enclosures | 3 | Total additions  (0) | .00 |
| Low balance | $210,768.71 | Total subtractions  (7) | 110,322.74 |
| Average balance | $263,183.61 | Ending balance | $210,768.71 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1061 | 12-09 | 34.00 | 1064 * | 12-31 | 136.02 |
| 1062 | 12-09 | 34.00 | * Skip in check sequence | | |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 12-03 | Outgoing Wire | DXX3183P00003090 SERGIO TISCARENO 026009593 REF TREETOP MONTHL Y PAYMENT | 10,000.00 |
| 12-03 | Debit Memo | FIDUCIARY MAINTENA NCE | 25.00 |
| 12-03 | Debit Memo | FIDUCIARY COLLATER AL | 93.72 |
| 12-17 | Outgoing Wire | DXX3191P00003051 BRYAN CAVE LEIGHTO 026009593 TREETOP DEVELOPMEN T - ATTY SHARON WE | 100,000.00 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-30 | 321,091.45 | 12-09 | 310,904.73 | 12-31 | 210,768.71 |
| 12-03 | 310,972.73 | 12-17 | 210,904.73 | | |

3409    rev 05-16

**EAST WEST BANK**  Your financial bridge

9300 Flair Dr., 1St FL
El Monte, CA. 91731

TREETOP DEVELOPMENT LLC

ACCOUNT STATEMENT
Page 2 of 3
STARTING DATE: December 01, 2024
ENDING DATE: December 31, 2024

████8403

### OVERDRAFT/RETURN ITEM FEES

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |